IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA MARY DAYCHIEF,<br><br>Defendant. | CR 19-90-BLG-SPW-TJC-2<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed a motion to vacate the change of plea hearing. (Doc. 40.) Accordingly, IT IS ORDERED that the change of plea hearing set for November 22, 2019, at 9:00 a.m. is VACATED.

DATED this 20th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge