IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-19-90-BLG-SPW-2 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BARBARA MARY DAYCHIEF, ) | |
| ) | |
| Defendant. ) | |

Upon the Defendant, Barbara Mary Daychief's Unopposed Motion to Seal Motions *In Limine* (Doc. 110), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Daychief's Motion (Doc. 110) is hereby **GRANTED** and the following documents shall be filed under seal:

1. Daychief Motion *in Limine*;

2. Daychief Brief Supporting Motion *in Limine*; and

3. Motion *in Limine* Exhibit #1 – Email Thread.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 26th day of August, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge