IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA MARY DAYCHIEF,<br><br>Defendant. | CR 19-90-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Motion to Terminate Probation (Doc. 330), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Barbara Mary Daychief's probation is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 21st day of June, 2022.

SUSAN P. WATTERS
United States District Judge